1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6730
6       FAX: (415) 436-7169
        Melanie.Proctor@usdoj.gov
7
    Attorneys for Respondents
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  PABLO DAVILA, et al.,                )    No. C 09-5058 JCS
                                         )
13                      Petitioners,     )
                                         )
14      v.                               )    STIPULATION TO DISMISS; ~~PROPOSED~~
                                         )    ORDER
15  ERIC HOLDER, Attorney General of the )
    United States; et al.,               )
16                                       )
                        Respondents.     )
17  _____  )

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

    STIPULATION
    C 09-5058 JCS

1    Petitioners brought this action to compel processing of their motion for reconsideration of

2 the refusal of a immigrant visa for Petitioner Juan Jose Davila. Respondents have provided

3 Petitioners with a declaration demonstrating that the consular officer has considered their motion

4 for reconsideration, and affirmed the denial of the visa petition. Accordingly, the case is moot, and

5 the parties hereby stipulate to dismissal of this action.

6    The parties shall bear their own costs and fees.

7 Dated: March 30, 2010                               Respectfully submitted,

8                                                     JOSEPH P. RUSSONIELLO
                                                      United States Attorney
9

10                                                    _____
                                                            /s/
11                                                    MELANIE L. PROCTOR[1]
                                                      Assistant United States Attorney
                                                      Attorneys for Respondents
12

13 Dated: March 30, 2010                              _____
                                                            /s/
14                                                    FRANK SPROULS
                                                      Attorney for Petitioners

15                                    ~~PROPOSED~~ ORDER

16    IT IS SO ORDERED. The Clerk shall close the file. The parties shall bear their own costs

17 and fees.

18  Dated:  March 31, 2010                            _____

19                                                    JC
                                                      Unit_____te Judge

20

21

22

23

24

25

26

27

28    [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C 09-5058 JCS                              2